■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDULAI BARRIE, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about June 28, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Gonzalez, Sweeny and McGuire, JJ.